U.S.C.A. No. 21-30188
U.S.D.C. 1:20-CR-02022-SMJ-1

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

                                          Plaintiff - Appellee,

v.

BRUCE SAMPSON, JR.,

                                          Defendant - Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Washington

_____

APPELLEE UNITED STATES' UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT

_____

                                   Vanessa R. Waldref
                                   United States Attorney
                                   Richard C. Burson
                                   Assistant United States Attorney
                                   402 E. Yakima Avenue, Suite 210
                                   Yakima, WA 98901
                                   Telephone: (509) 454-4425

## BACKGROUND

On June 21, 2022, this Court sent notice to the parties in the above captioned appeal that oral arguments were being considered and asked both parties to respond with any dates of unavailability for the October 2022 sitting dates, among other sitting dates. ECF No. 27. Both parties responded without indicating unavailability for the October 3-7, 2022 sitting week. ECF Nos. 28, 29.

On July 12, 2022, the United States District Court for the Eastern District of Washington scheduled criminal case no. 1:22-CR-02001-EFS for trial commencing on October 3, 2022. *United States v. Antonio Aguilar*, 1:22-cr-2001-EFS-1, ECF No. 75 (E.D.W.A. July 12, 2022). Counsel for appellee in this appeal, Craig Webster, and counsel for appellant, Richard Burson, are both trial counsel for their respective parties in *United States v. Antonio Aguilar*, *id*. at ECF Nos. 12, 25, and are thus scheduled to be in trial starting on October 3, 2022. Such trial is currently expected to run one week.

On July 24, 2022, this Court scheduled oral arguments in this appeal for October 4, 2022.

## DISCUSSION

Both counsels of record in this appeal will be in trial from October 3, 2022 through approximately October 7, 2022, a circumstance unknown at the time the parties indicated they were available during the October 3-7, 2022 sitting week. The defendant in *United States v. Antonio Aguilar* holds certain Speedy Trial Act and Sixth Amendment rights that would potentially be infringed with a continuation of his trial. As such, on balance, it is in the interest of justice to continue oral argument in this appeal.

## RELIEF SOUGHT

The United States requests that oral argument in this case be rescheduled to either the November 7-10, 2022 or December 5-9, 2022 sitting week, time periods that both parties have indicated pose no

conflict.

## POSITION OF OPPOSING PARTY

Defendant's counsel has indicated he is not opposed to this motion, because he has the same trial conflict.

Date: July 26, 2022

                                                  Vanessa R. Waldref
                                                  United States Attorney

                                                  *s/ Richard C. Burson*
                                                  Richard C. Burson